IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN RICHARD RYAN, JR.,

    Plaintiff,

v.

THE STARK COLLECTION AGENCY, INC,

    Defendant.

ORDER

Case No. 16-cv-29-wmc

    Plaintiff John Richard Ryan, Jr. an inmate in the custody of the Dane County Jail, has submitted an inmate account statement for the six month period preceding his complaint. Using information for the relevant time period from plaintiff's inmate account statement, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fee. Plaintiff is advised, however, that he will remain obligated to pay the full amount of the $350 filing fee for indigent litigants, even if this court ultimately determines that his complaint cannot go forward. *See* 28 U.S.C. § 1915A.

    Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff John Richard Ryan, Jr. for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 13th day of January, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge