## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN RICHARD RYAN, JR.,

      Plaintiff,

v.

THE STARK COLLECTION AGENCY, INC.,

      Defendant,

**JUDGMENT IN A CIVIL CASE**

16-cv-29-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                 3/28/2018

Peter Oppeneer, Clerk of Court                  Date